```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04059
   MICHELLE K SANSONE
   DINO J SANSONE                              CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-7343    SSN XXX-XX-6903
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/08/07 and confirmed on 08/03/07.

   2.  The case was dismissed after confirmation, 12/07/2007.

   3.  The Debtor paid a total of $   1915.36 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 5158.00 | .00 | 61.16 |
| CAPITAL ONE BANK | UNSECURED | 741.65 | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 2772.39 | .00 | 30.41 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 12875.97 | .00 | 152.65 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 555.66 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | 564.08 | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 494.27 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 23162.02 | .00 | 23162.02 |
| PRINCIPAL PAID | .00 | .00 | 244.22 | .00 | 244.22 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                         .00          .00      244.22           .00        244.22
```

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1415.00  direct and $   1584.95  through the plan.

The Trustee received $      86.19 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                    /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE